CR. Form No. 17 - Adapted (7/99)
Appearance Bond (Unsecured)

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:16 cr00083

EDWARD O. YODER

I, the undersigned defendant, acknowledge that I and my personal representatives are bound to pay the United States of America the sum of __FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00).__

The conditions of this bond are that the defendant is to appear in the United States District Court for the Eastern District of Virginia at __U.S. District Court, 600 Granby Street, Norfolk, Virginia 23510, on June 22, 2016 @ 9:00 a.m.__, and at such other times and places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by the United States District Court for the Eastern District of Virginia or any other United States District Court to which the defendant may be removed or the cause transferred.

That the defendant is not to depart the State of Virginia, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the United States District Court for the Eastern District of Virginia or the United States District Court for such other district.

That the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United Stated District Court against each debtor jointly and severally for the amount stated above, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or

review) which shall continue in full force and effect until such time as the undersigned is duly exonerated.

By entering into this bond, the obligor submits to the jurisdiction of this court and appoints the clerk of the court as his agent upon whom papers affecting his liability may be served. The defendant agrees to notify the court promptly in the event of a change of address.

This bond is signed on the __9th__ day of __June, 2016__ pursuant to order of this court entered June 9, 2016.

_____  
Defendant

__Va. Beach, VA_____  
City, State

Signed and acknowledged before me this

9th_ day of June, 2016

_____  
Deputy Clerk

***SEE ORDER SETTING CONDITIONS OF RELEASE***