IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                        Criminal No: 2:16cr83

EDWARD O. YODER,

      Defendant.

## NOTICE OF APPEARANCE

This Notice is to advise the Court that Richard H. Doummar, Esquire, will serve as counsel for the defendant in the above-styled matter.

                        Respectfully submitted,

                        EDWARD O. YODER
                        By Counsel

                        _____/s/_____
                        Richard H. Doummar, Esquire
                        Doummar & O'Brien
                        VSB# 25793
                        Counsel for Edward O. Yoder
                        1397 Laskin Road
                        Virginia Beach, VA 23451
                        (757) 422-0061
                        (757) 422-5512
                        rdoummar@doummarandobrien.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of June, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen W. Haynie
Assistant U. S. Attorney
Office of the U. S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 2351023606
(757)441-6331
(757) 441-6689

                                                            _____/s/_____
                                                    Richard H. Doummar, Esquire
                                                   Doummar & O'Brien
                                                   VSB# 25793
                                                   Counsel Edward O. Yoder
                                                   1397 Laskin Road
                                                   Virginia Beach, VA 23451
                                                   (757) 422-0061
                                                   (757) 422-5512
                                                   rdoummar@doummarandobrien.com