# Memorandum

**Eastern District of Virginia**
**United States Attorneys Office**

| Subject | Date |
|---|---|
| U.S. v. Edward O. Yoder<br>Criminal No. 2:16cr83 | July 29, 2016 |
| To<br>Clerk of the Court<br>U.S. District Court | From<br>Stephen W. Haynie<br>Assistant U.S. Attorney |

Please issue ten (10) blank subpoenas in the above-referenced case which is scheduled for trial on September 7, 2016 at 10:00 a.m., in Norfolk before the Honorable Raymond Jackson, U.S. District Court Judge.

Thank you.



RECEIVED
JUL 29 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA