# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Edward O. Yoder          Docket No. 2:16cr83

Petition for Action on Conditions of Pretrial Release

    COMES NOW Kimberly Weaver, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant, Edward O. Yoder, who was placed under pretrial services supervision by The Honorable Lawrence R. Leonard in the court at Norfolk, on June 9, 2016, with a $5,000 unsecured bond and the following conditions:

Supervision; passport restrictions; travel restricted to Virginia, unless prior approval received from Probation; weapons restrictions; no alcohol use; no illegal drug use or possession; substance abuse testing and treatment as directed; no tampering with the testing method; report all contact with law enforcement; provide any requested financial information as directed by the U.S. Probation Office; submit to mental health evaluation and treatment as directed by the U.S. Probation Office; and no firearms in the home.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

-Failure to provide any requested financial information as directed by the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER a summons be issued so the defendant may appear in Court and he show cause why his conditions of release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 19 day of Aug., 2016 and ordered filed and made a part of the records in the above case.

_____
Lawrence R. Leonard
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2016

_____
Kimberly Weaver
U.S. Probation Officer

Place: Norfolk