

**ORIGINAL**

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 AUG 23  A 9:57

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:16cr00083  **RECEIVED** |
| | ) | |
| EDWARD O. YODER | ) | **AUG 26 2016** |
| *Defendant* | ) | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ❐ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ☑ Violation Notice ❐ Order of Court

| | |
|---|---|
| Place: United States District Court 600 Granby Street Norfolk, Virginia 23510 | Courtroom No.:  Norfolk Magistrate Ctrm. 1 |
| | Date and Time:   09/07/2016 9:30 am |

This offense is briefly described as follows:
Directing that the offender appear before the court to show cause why his conditions of release should not be revoked.

Original Charge:  Count 1, et al:   T. 18, USC  157(a) and 2 - Bankruptcy Fraud

Date:   08/22/2016

_____
*Issuing officer's signature*

Lawrence R. Leonard,   United States Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ❐ Returned this summons unexecuted

Date:   8/25/2016

_____
*Server's signature*

R.S. Wilhite DUSM
*Printed name and title*

*Note: Served at listed address to Edward O. Yoder.*