## PRETRIAL RELEASE VIOLATION HEARING

| | |
|---|---|
| Time set: | **2:00 pm** |
| Start Time: | 2:14 pm |
| End Time: | 2:27 |
| | |
| Split Time | ( ) |

| | |
|---|---|
| Date: | **8/30/16** |
| Presiding Judge: | Lawrence R. Leonard, USMJ |
| Courtroom Deputy: | **L. Woodcock** |
| Reporter: | **FTR** |
| U.S. Attorney: | Steve Haynie |
| Defense Counsel: | Richard Drummar |
| (X) Retained ( ) Court appointed ( ) AFPD | |
| Interpreter: | |
| Probation Officer: | |

Case Number: 2:16cr83
USA v. Edward Yoder

( X )Matter came on for violation of    ( ) Probation   ( X ) Pretrial Release.

(X) Defendant present.    ( ) Defendant failed to appear.

( ) Government motion for warrant    ( ) Granted   ( ) Denied

( ) Counsel desired.

( ) Financial Affidavit executed and filed in open Court.

( ) Court    ( ) Directed   ( ) Denied appointment of counsel.

( ) Defendant to retain counsel: _____

( ) Defendant motion to continue    ( ) Granted    ( ) Denied

( ) Probation Violation Hearing ( ) Supervised Release Violation Hearing reset for _____
    at _____ before US. Magistrate Judge [select judge]_____

( ) Deft. stipulated to violations in Petition.____( ) w/exception of: _____

( ) Evidence presented    (X) Argued.    ( ) Statement of defendant.    ( ) Statement of defendant waived.

( ) Court finds defendant guilty of violating terms of:
    ( ) Pretrial Release    ( ) Probation and revokes same.

( ) Court finds defendant guilty of violating terms of and continues defendant on supervision:
    ( ) Supervised Release    ( ) Probation

( ) Defendant continued on:
    ( ) Supervised Release    ( ) Probation with    ( ) additional
    conditions of release: _____

( ) Defendant committed to custody of Bureau of Prisons for a term of: _____
    ( ) to be released at 5:00 p.m. today.

( ) Court extends    ( ) Supervised Release   ( ) Probation for a term of: _____

( ) Defendant remanded to custody of U.S. Marshal.

( ) Probation terminated.

( ) Violation Petition dismissed by the    ( ) Court    ( ) Government

( ) Defendant previously placed on Probation pursuant to 18:3607. Court finds defendant guilty of violating terms of
    Probation and revokes same. Defendant sentenced on original charge:
    ( ) Jail: _____   ( ) Probation: _____   ( ) Fine: _____   S/A _____

Def to provide required info in 1 week & petition may be withdrawn

9-7-16 @ 4:00 - LRL